Certificate Number: 13858-MD-DE-038599329

Bankruptcy Case Number: 24-13337



13858-MD-DE-038599329

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2024, at 11:52 o'clock AM CDT, Teresa A. Yates completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   June 23, 2024

By:   /s/Shauna B. Curtsinger

Name:   Shauna B. Curtsinger

Title:   Counselor